

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 8, 2016

**United States Bankruptcy Judge**

_____

BTXN 060 (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                               §
Clifford Wiley McCrary III           §    Case No.: 16−30095−bjh13
                                     §    Chapter No.: 13
              Debtor(s)              §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.
- ☑ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice of Deficiency
- ☐ Schedules pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☐ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition
- ☐ Authorization for Pre−Confirmation Disbursement pursuant to General Order 2010−01 **within 14 days** of the filing of the Petition
- ☐ Attorney Fee Disclosure **within 14 days** of the date of the filing of the petition
- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the petition

page 2

- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice of Deficiency
- ☐ Form 121 **within 48 hours** of the date of the petition
- ☐ Summary of Assets and Liabilities (Official Form 106Sum/206Sum) not provided at the time of filing. Official Form 106Sum/206Sum must be filed **within 14 days** of the date of the filing of the petition
- ☐ Portions of the original petition were not answered or provided at the time of filing. An amended petition including the items indicated below must be filed **within 3 days** from the issuance of this notice.
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the petition
- ☐ Copies of employee income records **within 14 days** of the date of the filing of the petition
- ☐ Statement of Current Monthly Income **within 14 days** of the date of the filing of the petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the petition
- ☐ Other:

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

# # # End of Order # # #